UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PEDRO ABARCA-DIAZ,<br><br>　　　　　　　Defendant. | Case No.: 19-CR-1889-BAS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

IT IS SO ORDERED.

DATED: JULY 16, 2019.

_____
HONORABLE CYNTHIA BASHANT
United States District Judge